**Order entered September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00744-CV

### LUCILA M. SAAVEDRA, ET AL., Appellants

### V.

### U.S. BANK, N.A. SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HW11, ASSET-BACKED CERTIFICATES SERIES 2004-HE11, BY AND THROUGH ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC., Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-12077

## ORDER

Before the Court is the September 5, 2018 request of court reporter Vielica Dobbins for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 27, 2018**.

/s/ ADA BROWN
JUSTICE